## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYUNGSOOK YOO | : |
| 1416 Norman Road | : |
| Havertown, Pennsylvania 19083 | : |
| v. | : |
| MADISON LOGAN ALLEN | : |
| 504 Pennsylvania Avenue | : |
| Dover, Delaware 19901 | : |
| and | : |
| JEAN M. ALLEN | : |
| 504 Pennsylvania Avenue | : |
| Dover, Delaware 19901 | : |

## CIVIL ACTION - COMPLAINT

### THE PARTIES

1. Plaintiff, Myungsook Yoo, is an adult individual and citizens and residents of the Commonwealth of Pennsylvania and resides at 1416 Norman Road, Havertown, Pennsylvania 19083.

2. Defendant, Madison Logan Allen, an adult individual and a citizen and resident of the State of Delaware and resides at 504 Pennsylvania Avenue, Dover, Delaware 19901.

3. Defendant, Jean M. Allen, is an adult individual and a citizen and resident of the state of Delaware and resides at 504 Pennsylvania Avenue, Dover, Delaware 19901.

### JURISDICTION

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States".

## VENUE

5.  Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the Eastern District of Pennsylvania in that: – it is where a substantial part of the events or omissions giving rise to the claim occurred.

## FACTUAL ALLEGATIONS

6.  Plaintiff avers and incorporates by reference all of the allegations of Paragraphs 1 through 5, inclusive, and set forth the same as though said paragraphs were herein provided in full.

7.  On or about September 9, 2021, Plaintiff, Myungsook Yoo, was the driver of a motor vehicle that was lawfully stopped for traffic while waiting to merge onto southbound State Route 202 from West Chester Pike in West Chester, Chester County, Pennsylvania when, suddenly and without warning, her vehicle was struck from behind by a vehicle operated by the defendant, Madison Logan Allen and owned by the defendant, Jean M. Allen, causing the Plaintiff, Myungsook Yoo, to sustain severe and grievous injuries hereinafter more fully set forth.

8.  At all times relevant and material to this Civil Action, the defendant, Madison Logan Allen, was a permissive user/driver of the defendant, Jean M. Allen's vehicle and/or was an agent, servant, employee and/or contractor in the course and scope of her employment, agency and/or contract with the defendant, Jean M. Allen and therefore, all acts and/or omissions on behalf of the defendant, Madison Logan Allen, are imputed to the defendant, Jean M. Allen.

9.  The negligence and carelessness of the Defendants, Madison Logan Allen and Jean M. Allen, jointly and/or severally, included but was not limited to the following:

   (a)  Operating said vehicle without due regard for the rights, safety, point and position of the Plaintiffs;

(b)     Failing to have the vehicle under such control as to be able to stop within an assured clear distance;

(c)     Traveling at an excessive speed under the circumstances;

(d)     Failing to drive the vehicle with due regard for the highway and traffic conditions which were existing and of which they were or should have been aware;

(e)     Failing to have the vehicle under proper and adequate control;

(f)     Failing to apply the brakes in time to avoid a collision and/or negligently applying the brakes;

(g)     Failing to keep a reasonable lookout for other vehicles lawfully on the roadway;

(h)     Failing to properly observe traffic signals controlling defendant's direction of travel;

(i)     Otherwise operating said vehicles in a careless and negligent manner and in a manner violating the Motor Vehicle Code of the Commonwealth of Pennsylvania.

10.     As a result of the negligence and carelessness of Defendants herein, jointly and/or severally, Plaintiff, Myungsook Yoo, was caused to sustain injuries such as C6/7 disc herniation and C3/4 and C4/5 disc protrusion, confirmed by MRI; L2/3, L3/4, L4/5 and L5/S1 disc protrusions, confirmed by MRI; cervical and lumbar radiculitis; cervical sprain and strain; thoracic strain and sprain; and lumbar strain and sprain with myofacitis and she was otherwise injured resulting in great pain and suffering, a serious impairment of her bodily functions and all of which are or may be permanent in nature.

11.     Solely by reason of the aforesaid negligence and carelessness of the Defendants and as a result of the injuries sustained by the Plaintiff he has been and will be

obliged to receive and undergo medical attention and care and to expend various sums of money for the injuries he sustained and due to the nature of the injuries may continue to expend money for the injuries he sustained for some time in the future and claim is made therefore.

12. Solely by reason of the aforesaid negligence and carelessness of the Defendants, and as a result of the injuries sustained by the Plaintiff, the Plaintiff has or may hereinafter incur other financial expenses or losses for which claim is made therefore.

13. Solely by reason of the aforesaid negligence and carelessness of the Defendants, and as a result of the injuries sustained by the Plaintiff, the Plaintiff has sustained work loss, loss of opportunity, loss of earning capacity, and a permanent diminution of her earning power and claim is made therefore.

14. Solely by reason of the aforesaid negligence and carelessness of the Defendants, and as a result of the injuries sustained by the Plaintiff, the Plaintiff has been and, in the future, will be subjected to great humiliation and embarrassment, has undergone and in the future will undergo great physical and mental suffering, and great inconvenience in carrying out her daily activities, loss of life's pleasures and enjoyment and claim is made therefore.

15. As a further result of the accident aforementioned, Plaintiff, Myungsook Yoo, has suffered severe physical pain, mental anguish and humiliation, and may continue to suffer same for an indefinite time in the future.

**WHEREFORE**, Plaintiff, Myungsook Yoo, demands judgment against Defendants, Madison Logan Allen and Jean M. Allen, jointly and/or severally, in an amount in excess of

Seventy-Five Thousand Dollars ($75,000.00) together with interest, costs and reasonable attorney's fees.

### JURY DEMAND

Plaintiffs herein demand a jury trial.

**GOLDENBERG, SILVERMAN, GILLMAN & BINDER**

BY: *Wayne R. Goldenberg*
WAYNE R. GOLDENBERG, ESQUIRE
Attorney for Plaintiff
Attorney Identification Number: 54214
E: wayne@gsgattorneys.com

By: *Jeffrey Gillman*
JEFFREY GILLMAN, ESQUIRE
Attorneys for Plaintiff
Attorney Identification Number: 310578
E: jeff@gsgattorneys.com

1500 John F. Kennedy Blvd. Suite 1506
Philadelphia PA 19102
Phone: (215) 563-6067
Fax:    (215) 563-5293