**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MYUNGSOOK YOO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MADISON LOGAN ALLEN and** | : | |
| **JEAN M. ALLEN** | : | **NO. 23-2674** |

## ORDER

**NOW**, this 2nd day of October, 2023, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.